RECEIVED
2011 OCT 14  P 2:21
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NO. DIST. OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Davis, et al., | CASE NO. 11-04834 |
| Plaintiff, | (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| Facebook, Inc., | |
| Defendant. | |

Barry R. Eichen, whose business address and telephone number is

Eichen Crutchlow Zaslow & McElroy, LLP
40 Ethel Road, Edison, NJ 08817
(732) 777-0100

and who is an active member in good standing of the bar of the State of New Jersey having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiffs,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:  10/20/2011

_____
United States Magistrate Judge