COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
MATTHEW D. BROWN (196972)
(brownmd@cooley.com)
JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant FACEBOOK, INC.

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward J. Davila*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PERRIN AIKENS DAVIS, PETERSEN GROSS, DR. BRIAN K. LENTZ, TOMMASINA IANNUZZI, TRACY SAURO, JENNIFER SAURO, and LISA SABATO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware Corporation<br><br>Defendant. | Case No. 5:11-cv-04834-EJD<br><br>Related Case Nos.:  5:11-cv-04935-EJD; 5:12-cv-00370-EJD<br><br>In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD<br><br><br><br>Action Filed: September 30, 2011 |
| LANA BRKIC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware Corporation, and DOES 1-10,<br><br>Defendants. | Case No. 5:11-cv-04935-EJD<br><br>Related Case Nos.:  5:11-cv-04834-EJD; 5:12-cv-00370-EJD<br><br>In Re Facebook Internet Tracking Litigation Case No. 5:12-md-02314-EJD<br><br><br>Action Filed: October 5, 2011 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT   5:11-CV-04834 –EJD AND CASES IN 5:12-MD-02314-EJD

| | | |
|---|---|---|
| 1 | JULIAN CARROLL, On Behalf of Himself and All Others Similarly Situated, | Case No. 5:12-cv-00370-EJD |
| 2 | Plaintiff, | Related Case Nos.: 5:11-cv-04834-EJD; 5:11-cv-04935-EJD |
| 3 | v. | In Re Facebook Internet Tracking Litigation Case No. 5:12-md-02314-EJD |
| 4 | FACEBOOK, INC., a Delaware Corporation, | |
| 5 | Defendant. | |
| 6 | | Action Filed: January 24, 2012 |
| 7 | ALEXANDRIA PARRISH, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:12-cv-00667-EJD |
| 8 | Plaintiff, | In Re Facebook Internet Tracking Litigation Case No. 5:12-md-02314-EJD |
| 9 | v. | |
| 10 | FACEBOOK, INC., and DOES 1 Through 10, | Action Filed: October 7, 2011<br>Transferred February 8, 2012 |
| 11 | Defendants. | |
| 12 | SHARON BEATTY, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:12-cv-00668-EJD |
| 13 | Plaintiff, | In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD |
| 14 | v. | |
| 15 | FACEBOOK, INC., and DOES 1 Through 10, | |
| 16 | Defendants. | Action Filed: October 7, 2011<br>Transferred February 8, 2012 |
| 17 | BROOKE RUTLEDGE, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:12-cv-00669-EJD |
| 18 | Plaintiff, | In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD |
| 19 | | |
| 20 | v. | |
| 21 | FACEBOOK, INC. and DOES 1 through 10, | Action Filed: October 12, 2011<br>Transferred February 8, 2012 |
| 22 | Defendants. | |
| 23 | JOHN GRAHAM, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:12-cv-00673-EJD |
| 24 | Plaintiff, | In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD |
| 25 | v. | |
| 26 | FACEBOOK, INC., and DOES 1 Through 10, | Action Filed: October 5, 2011<br>Transferred February 8, 2012 |
| 27 | Defendants. | |
| 28 | | |

| | | |
|---|---|---|
| 1 | DAVID M. HOFFMAN, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:12-cv-00674-EJD |
| 2 | | In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | FACEBOOK, INC. and DOES 1 through 10, Defendants. | Action Filed: October 7, 2011<br>Transferred February 8, 2012 |
| 6 | JANET SEAMON, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:12-cv-00675-EJD |
| 7 | | In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | FACEBOOK, INC. and DOES 1 through 10, | Action Filed: October 10, 2011<br>Transferred February 8, 2012 |
| 11 | Defendants. | |
| 12 | CHANDRA L. THOMPSON, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:12-cv-00676-EJD |
| 13 | | In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD |
| | Plaintiff, | |
| 14 | v. | |
| 15 | FACEBOOK, INC. and DOES 1 through 10, | Action Filed: September 30, 2011<br>Transferred February 8, 2012 |
| 16 | Defendants. | |
| 17 | STEPHANIE CAMPBELL, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:12-cv-00796-EJD |
| 18 | | In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD |
| 19 | Plaintiff, | |
| 20 | v. | |
| 21 | FACEBOOK, INC. and DOES 1 through 10, | Action Filed: November 21, 2011<br>Transferred February 17, 2012 |
| 22 | Defendants. | |
| 23 | CYNTHIA D. QUINN, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:12-cv-00797-EJD |
| 24 | | In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD |
| | Plaintiff, | |
| 25 | v. | |
| 26 | FACEBOOK, INC. and DOES 1 through 10, | Action Filed: October 18, 2011<br>Transferred February 17, 2012 |
| 27 | Defendants. | |
| 28 | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

STIP TO EXTEND TIME TO RESPOND TO INITIAL
COMPLAINT  5:11-CV-04834 –EJD AND CASES
IN 5:12-MD-02314-EJD

| | | |
|---|---|---|
| 1 | JEANNE M. WALKER, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:12-cv-00798-EJD |
| 2 | | In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD |
| 3 | Plaintiff, v. | |
| 4 | FACEBOOK, INC. and DOES 1 through 10, | Action Filed: October 20, 2011 Transferred February 17, 2012 |
| 5 | Defendants. | |
| 6 | JACQUELINE BURDICK, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:12-cv-00799-EJD |
| 7 | | In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD |
| 8 | Plaintiff, v. | |
| 9 | FACEBOOK, INC. and DOES 1 through 10, | Action Filed: October 25, 2011 Transferred February 17, 2012 |
| 10 | Defendants. | |
| 11 | EDWARD STRAVATO, | Case No. 5:12-cv-00800-EJD |
| 12 | Plaintiff, | In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD |
| 13 | v. | |
| 14 | FACEBOOK, INC.; JOHN DOE 1-10, | |
| 15 | Defendants. | Action Filed: December 14, 2011 Transferred February 17, 2012 |
| 16 | MATTHEW J. VICKERY, and Other Persons Similarly Situated, | Case No. 5:12-cv-00801-EJD |
| 17 | | In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD |
| 18 | Plaintiff, | |
| 19 | v. | |
| 20 | FACEBOOK, INC., DOES 1 thru 10, | Action Filed: November 14, 2011 Transferred February 17, 2012 |
| 21 | Defendants. | |
| 22 | PATRICK K. MALONEY, Individually and on Behalf of All Others Similarly Situated | Case No. 5:12-cv-00824-EJD |
| 23 | | In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD |
| 24 | Plaintiff, | |
| 25 | v. | |
| 26 | FACEBOOK, INC., DOES 1 THROUGH 10, | Action Filed: January 25, 2012 Transferred February 21, 2012 |
| 27 | Defendants. | |
| 28 | | |

| | |
|---|---|
| JOON KHANG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 5:12-cv-00825-EJD<br><br>In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD<br><br><br>Action Filed: February 1, 2012<br>Transferred February 21, 2012 |

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT UNTIL FURTHER ORDER OF THE COURT TO ALLOW FOR A CASE MANAGEMENT CONFERENCE FOR ALL CASES TRANSFERRED BY THE MDL PANEL IN THE ACTION ENTITLED *IN RE FACEBOOK INTERNET TRACKING LITIGATION* CASE NO. 5:12-md-02314-EJD (CIV. L.R. 6-2)**

Pursuant to Civil Local Rule 6-2, this Stipulation is entered into by and among the plaintiffs in the above-captioned cases (collectively "Plaintiffs") and Defendant Facebook, Inc. ("Facebook") (collectively, the "Parties") by and through their respective counsel.

WHEREAS Plaintiffs filed their initial Class Action Complaints ("Complaints") between September 30, 2011 and February 1, 2012 (*See Davis v. Facebook, Inc.*, No. 5:11-cv-04834-EJD, Dkt. 1; *Brkic v. Facebook, Inc.*, No. 5:11-cv-04935-EJD, Dkt. 1; *Carroll v. Facebook, Inc.*, No. 5:12-cv-00370-EJD, Dkt. 1; *Parrish v. Facebook, Inc.*, No. 5:12-cv-00667-EJD, Dkt. 1; *Beatty v. Facebook, Inc.*, No. 5:12-cv-00668-EJD, Dkt. 1; *Rutledge v. Facebook, Inc.*, No. 5:12-cv-00669-EJD, Dkt. 1; *Graham v. Facebook, Inc.*, No. 5:12-cv-00673-EJD, Dkt. 1; *Hoffman v. Facebook, Inc.*, No. 5:12-cv-00674-EJD, Dkt. 1; *Seamon v. Facebook, Inc.*, No. 5:12-cv-00675-EJD, Dkt. 1; *Thompson v. Facebook, Inc.*, No. 5:12-cv-00676-EJD, Dkt. 1; *Campbell v. Facebook, Inc.*, No. 5:12-cv-00796-EJD, Dkt. 1; *Quinn v. Facebook, Inc.*, No. 5:12-cv-00797-EJD, Dkt. 1; *Walker v. Facebook, Inc.*, No. 5:12-cv-00798-EJD, Dkt. 1; *Burdick v. Facebook, Inc.*, No. 5:12-cv-00799-EJD, Dkt. 1; *Stravato v. Facebook, Inc.*, No. 5:12-cv-00800-EJD, Dkt. 1; *Vickery v. Facebook, Inc.*, No. 5:12-cv-00801-EJD, Dkt. 1; *Maloney v. Facebook, Inc.*, No. 5:12-cv-00824-EJD, Dkt. 1; and *Khang v. Facebook, Inc.*, No. 5:12-cv-00825-EJD, Dkt. 1);

WHEREAS Facebook has waived service of the *Beatty*, *Carroll*, *Stravato*, and *Maloney* Complaints thereby extending Facebook's time to answer, move to dismiss, or otherwise respond to those Complaints;[1]

WHEREAS the Parties in *Davis*, *Brkic*, *Parrish*, *Rutledge*, *Graham*, *Hoffman*, *Seamon*, *Thompson*, *Campbell*, *Quinn*, *Walker*, *Burdick*, *Vickery*, and *Khang* have filed various motions for stays or extensions of time in their various districts for Facebook to answer, move to dismiss, or otherwise respond to the Complaints,[2] which the courts have granted;[3]

---

[1] *See Beatty v. Facebook, Inc.*, 5:12-cv-00668-EJD (service waived thereby extending Facebook's response deadline to March 19, 2012); *Carroll v. Facebook, Inc.*, No. 5:12-cv-00370-EJD (service waived thereby extending Facebook's response deadline to March 30, 2012); *Stravato v. Facebook, Inc.*, No. 5:12-cv-00800-EJD (service waived thereby extending Facebook's response deadline to April 30, 2012); *Maloney v. Facebook, Inc.*, No. 5:12-cv-00824-EJD (service waived thereby extending Facebook's response deadline to April 2, 2012).

[2] *See Davis v. Facebook, Inc.*, No. 5:11-cv-04834-EJD, Dkt. 18; *Brkic v. Facebook, Inc.*, No. 5:11-cv-04935-EJD, Dkt. 1; *Parrish v. Facebook, Inc.*, No. 5:12-cv-00667-EJD, Dkt. 8; *Rutledge v. Facebook, Inc.*, No. 5:12-cv-00669-EJD, Dkt. 6; *Graham v. Facebook, Inc.*, No. 5:12-cv-00673-EJD, Dkt. 3; *Hoffman v. Facebook, Inc.*, No. 5:12-cv-00674-EJD, Dkt. 5; *Seamon v. Facebook, Inc.*, No. 5:12-cv-00675-EJD, Dkt. 5; *Thompson v. Facebook, Inc.*, No. 5:12-cv-00676-EJD, Dkt. 4; *Campbell v. Facebook, Inc.*, No. 5:12-cv-00796-EJD, Dkt. 8; *Quinn v. Facebook, Inc.*, No. 5:12-cv-00797-EJD, Dkt. 8; *Walker v. Facebook, Inc.*, No. 5:12-cv-00798-EJD, Dkt. 4; *Burdick v. Facebook, Inc.*, No. 5:12-cv-00799-EJD, Dkt. 8; *Vickery v. Facebook, Inc.*, No. 5:12-cv-00801-EJD, Dkt. 5; and *Khang v. Facebook, Inc.*, No. 5:12-cv-00825-EJD, Dkt. 5.

[3] *See Davis v. Facebook, Inc.*, 5:11-cv-04834-EJD, Dkt. 19 (order granting a stay; response deadline of April 2, 2012); *Brkic v. Facebook, Inc.*, No. 5:11-cv-04935-EJD, Dkt. 13 (order staying case, response deadline of April 19, 2012); *Parrish v. Facebook, Inc.*, No. 5:12-cv-00667-EJD, Dkt. 8 (order granting motion to stay, response deadline of March 22, 2012); *Rutledge v. Facebook, Inc.*, No. 5:12-cv-00669-EJD, Dkt. 7 (order staying case, response deadline pending further order by the court); *Graham v. Facebook, Inc.*, 5:12-cv-00673-EJD, Dkt. 4 (order granting a stay; response deadline of April 9, 2012); *Hoffman v. Facebook, Inc.*, No. 5:12-cv-00674-EJD, Dkt. 11 (order granting a stay; response deadline of April 9, 2012); *Seamon v. Facebook, Inc.*, No. 5:12-cv-00675-EJD, Dkt. 6 (order granting stay of proceedings; response deadline of March 30, 2012); *Thompson v. Facebook, Inc.*, No. 5:12-cv-00676-EJD, Dkt. 6 (order granting joint motion to stay; response deadline of April 2, 2012); *Campbell v. Facebook, Inc.*, No. 5:12-cv-00796-EJD, Dkt. 12 (order granting joint motion for a stay; response deadline of March 26, 2012); *Quinn v. Facebook, Inc.*, No. 5:12-cv-00797-EJD, Dkt. 14 (order granting stay of proceedings; response deadline of March 19, 2012); *Walker v. Facebook, Inc.*, No. 5:12-cv-00798-EJD, Dkt. 8 (order granting motion to stay proceeding; response deadline of April 2, 2012); *Burdick v. Facebook, Inc.*, No. 5:12-cv-00799-EJD, Dkt. 10 (order granting stay of proceedings; response deadline of April 2, 2012); *Vickery v. Facebook, Inc.*, No. 5:12-cv-00801-EJD, Dkt. 6 (order to stay action; response deadline of April 3, 2012); and *Khang v. Facebook, Inc.*, No. 5:12-cv-00825-EJD, Dkt. 8 (order granting a stay; response deadline of May 10, 2012).

1    WHEREAS the current deadlines for Facebook to answer, move to dismiss, or otherwise
2    respond to the Complaints are between March 19, 2012 and May 10, 2012;

3    WHEREAS under Civil Local Rule 6-2, parties may stipulate in writing to extend the time
4    within which to answer, move to dismiss, or otherwise respond to the Complaints;

5    WHEREAS extending the date for Facebook to answer, move to dismiss, or otherwise
6    respond to the Complaints in the above-captioned actions until further order of this Court will not
7    alter the date of any events or deadlines already fixed by Court order and will allow for an
8    omnibus Case Management Conference ("CMC") for all cases transferred to the Northern District
9    of California by the United States Judicial Panel on Multidistrict Litigation (the "MDL Panel") in
10   the action entitled *In Re Facebook Internet Tracking Litigation*, MDL No. 2314 (the "MDL
11   Cases") assigned case no. 5:12-md-02314-EJD);

12   WHEREAS a CMC has been set by the Court for March 30, 2012 at 1:30pm in the above-
13   captioned cases with a joint CMC statement due on March 23, 2012[4];

14   WHEREAS extending the date for Facebook to file responsive pleadings will promote
15   judicial efficiency and conserve party resources by allowing an initial CMC in which all parties in
16   the MDL Cases will have the opportunity to receive the Court's guidance and instruction as to,
17   *inter alia*, whether a consolidated, amended complaint covering all the transferred actions should
18   be prepared and how best to structure and schedule initial motion practice;

19   WHEREAS without this extension, the individual cases would proceed on separate tracks
20   for initial motion practice, as Facebook will be forced to respond to the Complaints before a
21   CMC, and such responses (and any oppositions or replies to those initial motion practices filed by
22   Plaintiffs or Facebook) would later be entirely mooted if a consolidated, amended complaint were
23   filed;

24   WHEREAS the brief extension of time requested here will have no effect on the overall
25   schedule of the above-captioned case;

---

[4] *See In re: Facebook Internet Tracking Litigation*, 5:12-md-02314-EJD, Dkt. 2.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7.

STIP TO EXTEND TIME TO RESPOND TO INITIAL
COMPLAINT 5:11-CV-04834 –EJD AND CASES
IN 5:12-MD-02314-EJD

1  WHEREAS on February 23, 2012, Facebook filed a joint stipulation to extend time to respond to initial complaint until further order of the court in *Howard v. Facebook, Inc.*, No. 5:12-cv-00671-EJD, also pending in *In Re Facebook Internet Tracking Litigation*, No. 5:12-md-02314-EJD, which the Court granted on February 24, 2012;[5]

WHEREAS courts that have presided over multiple cases transferred through MDL Panel proceedings have routinely issued orders that establish uniform dates for filings in consolidated pretrial proceedings, (an example of which is provided as Exhibit I to the supporting Declaration of Amy E. Nash);

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1.  Facebook's deadline to answer, move to dismiss, or otherwise respond to the Complaint in each action is continued until further order of the Court; and

2.  The CMC's in *Davis, et al. v. Facebook Inc.*, 5:11-cv-04834-EJD, previously set for March 30, 2012 at 10:00am, see Dkt. 27, and *Carroll v. Facebook Inc.*, 5:12-cv-00370-EJD, also previously set for March 30, 2012 at 10:00am, see Dkt. 11, ~~are hereby cancelled in lieu of the CMC now scheduled in *In re: Facebook Internet Tracking Litigation*, 5:12-md-02314-EJD, on March 30, 2012 at 1:30pm.~~ shall be rescheduled to March 30, 2012, at 1:30 p.m., if not already scheduled accordingly.

**IT IS SO STIPULATED.**

Dated: March 6, 2012                COOLEY LLP

                                    /s/ *Jeffrey M. Gutkin*
                                    Jeffrey M. Gutkin (216083)

                                    Attorneys for Defendant FACEBOOK, INC.

---

[5] *See Howard v. Facebook, Inc.*, No. 5:12-cv-00671-EJD, Dkt. 29.

| | | |
|---|---|---|
| 1 | Dated: March 6, 2012 | SIANNI & STRAITE LLP |
| 2 | | |
| 3 | | |
| 4 | | /s/ *David A. Straite*<br>David A. Straite |
| 5 | Barry R. Eichen<br>Daryl L. Zaslow | David A. Straite<br>Ralph N. Sianni |
| 6 | EICHEN CRUTCHLOW ZASLOW &<br>McELROY LLP | 1201 N. Orange St., Suite 740<br>Wilmington, DE 19801 |
| 7 | 40 Ethel Road<br>Edison, NJ 08817 | dstraite@siannistraite.com<br>rsianni@siannistraite.com |
| 8 | beichen@njadvocates.com<br>dzaslow@njadvocates.com | Telephone:   (302) 573-3560<br>Facsimile:   (302) 358-2975 |
| 9 | Telephone:  (732) 777-0100<br>Facsimile:   (732) 248-8273 | |
| 10 | | Stephen G. Grygiel |
| 11 | Paul R. Kiesel | John E Keefe, Jr.<br>Stephen Sullivan, Jr. |
| 12 | KIESEL BOUCHER LARSON LLP<br>8648 Wilshire Boulevard | KEEFE BARTELS LLP<br>170 Monmouth Street |
| 13 | Beverly Hills, CA 90211<br>kiesel@kbla.com | Red Bank, NJ 07701<br>sgrygiel@keefebartels.com |
| 14 | Telephone:  (310) 854-4444<br>Facsimile:  (310)854-0812 | jkeefe@keefebartels.com<br>ssullivan@keefebartels.com |
| 15 | | Telephone:   (732) 224-9400<br>Facsimile:   (732) 224-9494 |
| 16 | | Attorneys for Plaintiffs PERRIN AIKENS |
| 17 | | DAVIS, PETERSEN GROSS, DR. BRIAN K.<br>LENTZ, TOMMASINA IANNUZZI, TRACY |
| 18 | | SAURO, JENNIFER SAURO, and LISA<br>SABATO |
| 19 | Dated: March 6, 2012 | WILLOUGHBY DOYLE LLP |
| 20 | | |
| 21 | | /s/ *Conal Fergus Doyle* |
| 22 | | Conal Fergus Doyle |
| 23 | | 433 North Camden Drive, Suite  730<br>Beverly Hills, CA  90210 |
| 24 | | conal@willoughbydoyle.com<br>Telephone: (310) 385-0567 |
| 25 | | Facsimile: (310) 842-1496 |
| 26 | | Attorney for Plaintiff  LANA BRKIC |
| 27 | | |
| 28 | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9.

STIP TO EXTEND TIME TO RESPOND TO INITIAL
COMPLAINT  5:11-CV-04834 –EJD AND CASES
IN 5:12-MD-02314-EJD

| | | |
|---|---|---|
| 1 | Dated: March 6, 2012 | THE TERRELL LAW GROUP |
| 2 | | |
| 3 | | /s/ *Reginald Terrell* |
| | | Reginald Terrell |
| 4 | | |
| 5 | | Post Office Box 13315, PMB #148 |
| | | Oakland, CA 94661 |
| 6 | | reggiet2@aol.com |
| | | Telephone: (510)-237-9700 |
| 7 | | Facsimile: (510)-237-4616 |
| 8 | | Attorney for Plaintiff JULIAN CARROLL |
| | Dated: March 6, 2012 | BURNS CUNNINGHAM & MACKEY PC |
| 9 | | |
| 10 | | |
| 11 | | /s/ *William M. Cunningham, Jr.* |
| | | William M. Cunningham, Jr. |
| 12 | | Peter S. Mackey |
| | | Peter F. Burns |
| 13 | | P.O. Box 1583 |
| | | Mobile, AL 36633 |
| 14 | | pfburns@bcmlawyers.com |
| | | psmackey@bcmlawyers.com |
| 15 | | wmcunningham@bcmlawyers.com |
| | | Telephone: (251) 432-0612 |
| 16 | | Facsimile: (251) 432-0625 |
| 17 | | Attorney for Plaintiff ALEXANDRIA PARRISH |
| 18 | Dated: March 6, 2012 | GRANT WOODS PC |
| 19 | | |
| 20 | | /s/ *Grant Woods* |
| | | Grant Woods |
| 21 | | |
| 22 | | Two Renaissance Square |
| | | 40 N. Central Ave., Suite 2250 |
| 23 | | Phoenix, AZ 85004 |
| | | gw@grantwoodspc.net |
| | | Telephone: (602) 258-2599 |
| 24 | | Facsimile: (602) 258-5070 |
| 25 | | |
| | | Attorney for Plaintiff SHARON BEATTY |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated:  March 6, 2012 | LAW OFFICES OF DAVID SHELTON PLLC |
| 2 | | |
| 3 | | /s/ *David Shelton* |
| | | David Shelton |
| 4 | | |
| | | P.O. Box 2541 |
| 5 | | Oxford, MS  38655 |
| | | david@davidsheltonpllc.com |
| 6 | | Telephone:  (662) 281-1212 |
| | | Facsimile:  (662) 281-1312 |
| 7 | | |
| | | Attorney for Plaintiff BROOKE RUTLEDGE |
| 8 | | |
| | Dated:  March 6, 2012 | BARTIMUS, FRICKLETON, ROBERTSON & |
| 9 | | GORNY – LEAWOOD |
| 10 | | |
| 11 | | /s/ *Chip Robertson* |
| | | Chip Robertson |
| 12 | Andrew J. Lyskowski | |
| | Erik A. Bergmanis | Michelle L. Marvel |
| 13 | BERGMANIS LAW FIRM, L.L.C. | Stephen M. Gorny |
| | 380 W. Hwy. 54, Suite 201 | 11150 Overbrook Road, Suite 200 |
| 14 | P.O. Box 229 | Leawood, KS  66211 |
| | Camdenton, MO 65020 | steve@bflawfirm.com |
| 15 | alyskowski@ozarklawcenter.com | mmarvel@bflawfirm.com |
| | erik@ozarklawcenter.com | Telephone:   (913) 266-2300 |
| 16 | Telephone: (573) 346-2111 | Facsimile:    (913) 266-2366 |
| | Facsimile: (573) 346-5885 | |
| 17 | | Attorneys for Plaintiff JOHN GRAHAM |
| 18 | Dated:  March 6, 2012 | BRYANT LAW CENTER, PSC |
| 19 | | |
| 20 | | /s/ *Mark P. Bryant* |
| | | Mark P. Bryant |
| 21 | | Emily Ward Roark |
| | | 601 Washington Street |
| 22 | | P.O. Box 1876 |
| | | Paducah, KY  42002 |
| 23 | | emily.roark@bryantpsc.com |
| | | mark.bryant@bryantpsc.com |
| 24 | | Telephone:   (270) 442-1422 |
| | | Facsimile: (270) 443-8788 |
| 25 | | |
| | | Attorney for Plaintiff  DAVID M. HOFFMAN |
| 26 | | |
| 27 | | |
| 28 | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

11.  STIP TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT  5:11-CV-04834 –EJD AND CASES IN 5:12-MD-02314-EJD

| | | |
|---|---|---|
| 1 | Dated: March 6, 2012 | HYMEL, DAVIS & PETERSEN, LLC |
| 2 | | |
| 3 | | /s/ *Michael Reese Davis*<br>Michael Reese Davis |
| 4 | | |
| 5 | | L. J. Hymel<br>Richard P. Ieyoub<br>Tim P. Hartdegen |
| 6 | | 10602 Coursey Blvd.<br>Baton Rouge, LA  70816 |
| 7 | | rieyoub@hymeldavis.com<br>ljhymel@hymeldavis.com |
| 8 | | mdavis@hymeldavis.com<br>thartdegen@hymeldavis.com |
| 9 | | Telephone:   (225) 298-8188<br>Facsimile: (225) 298-8119 |
| 10 | | |
| 11 | | Attorney for Plaintiff JANET SEAMON |
| 12 | Dated: March 6, 2012 | BARNES & ASSOCIATES |
| 13 | | |
| 14 | | /s/ *Randall O. Barnes*<br>Randall O. Barnes |
| 15 | Andrew Lyskowski | 219 East Dunklin Street, Suite A |
| 16 | BERGMANIS & MCDUFFEY<br>380 W. Hwy 54, Suite 201 | Jefferson City, MO 65101<br>rbarnesjclaw@aol.com |
| 17 | P.O. Box 229<br>Camdenton, MO  65020 | Telephone:  (573) 634-8884<br>Facsimile:  (573) 635-6291 |
| 18 | alyskowski@ozarklawcenter.com<br>Telephone:   (573) 346-2111 | |
| 19 | Facsimile: (573) 346-5885 | Attorney for Plaintiff<br>CHANDRA L. THOMPSON |
| 20 | Dated: March 6, 2012 | BRIAN L. CAMPBELL LAW FIRM, PLLC |
| 21 | | |
| 22 | /s/ *Grant Rahmeyer* | /s/ *Brian Lee Campbell* |
| 23 | Grant Rahmeyer | Brian Lee Campbell |
| 24 | STRONG-GARNER-BAUER, P.C.<br>415 East Chestnut Expressway | P.O. Box 189<br>Pea Ridge, AR 72751 |
| 25 | Springfield, MO 65802<br>Grahmeyer@stronglaw.com | blcampb@hotmail.com<br>Telephone:  (479) 387-1081 |
| 26 | Telephone:  (417)-887-4300<br>Facsimile:   (417)-88704385 | Facsimile:   (888) 389-5809 |
| 27 | | |
| 28 | | Attorney for Plaintiff  STEPHANIE CAMPBELL |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

12.    STIP TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT  5:11-CV-04834 –EJD AND CASES IN 5:12-MD-02314-EJD

| | | |
|---|---|---|
| 1 | Dated: March 6, 2012 | BRONSTER HOSHIBATA |

/s/ *Robert M. Hatch*
Robert M. Hatch

Margery S. Bronster
1003 Bishop Street, Suite 2300
Honolulu, Hawaii 96813
rhatch@bhhawaii.net
mbronster@bhhawaii.net
Telephone: (808) 524-5644
Facsimile: (808) 599-1881

Attorney for Plaintiff CYNTHIA D. QUINN

Dated: March 6, 2012         ELIZABETH CUNNINGHAM THOMAS PLLC

/s/ *Elizabeth C. Thomas*
Elizabeth C. Thomas

P.O. Box 8946
Missoula, MT 59802
elizthomas@bresnan.net
Telephone: (406)-728-5936
Facsimile: (406)-728-2828

Attorney for Plaintiff JEANNE M. WALKER

Dated: March 6, 2012         MEYER & LEONARD PLLC

/s/ *Henry A. Meyer, III*
Henry A. Meyer, III

116 E Sheridan, Suite 207
Oklahoma City, OK 73104
hameyer@mac.com
Telephone: (405)-702-9900
Facsimile: (405)-605-8381

Attorney for Plaintiff JACQUELINE BURDICK

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

13.

STIP TO EXTEND TIME TO RESPOND TO INITIAL
COMPLAINT 5:11-CV-04834 –EJD AND CASES
IN 5:12-MD-02314-EJD

| | | |
|---|---|---|
| 1 | Dated: March 6, 2012 | MANDELL, SCHWARTZ & BOISCLAIR, LTD. |

                                                /s/ *Zachary Mandell*
                                                Zachary Mandell

Michael S. Schwartz
Mark S. Mandell
1 Park Row
Providence, RI 02903
msmandell@msn.com
mschwartz.ri@gmail.com
Telephone: (401) 273-8330
Facsimile: (401) 751-7830

Attorney for Plaintiff EDWARD STRAVATO

Dated: March 6, 2012                                HILLIS CLARK MARTIN & PETERSON

                                                /s/ *Michael Ramsey Scott*
                                                Michael Ramsey Scott

Louis David Peterson
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
ldp@hcmp.com
mrs@hcmp.com
Telephone: (206)-623-1745
Facsimile: (206) 623-7789

Attorney for Plaintiff MATTHEW J. VICKERY

| | | |
|---|---|---|
| 1 | Dated: March 6, 2012 | METZ, BAILEY & MCLOUGHLIN |
| 2 | | |
| 3 | | /s/ *Michael J. Ensminger* |
| 4 | | Michael J. Ensminger |
| 5 | | Kyle I. Stroh |
| | | Michael K. Fultz |
| 6 | | 33 East Schrock Road |
| 7 | | Westerville, OH 43081 |
| | | mfultz@metzbailey.com |
| 8 | | kstroh@metzbailey.com |
| 9 | | Telephone: (614)-882-2327 |
| | | Facsimile: (614)-882-5150 |
| 10 | | |
| | | Attorney for Plaintiff PATRICK K. MALONEY |
| 11 | Dated: March 6, 2012 | GLANCY BINKOW & GOLDBERG LLP |
| 12 | | |
| 13 | | |
| 14 | | /s/ *Marc L. Godino* |
| | Jon A. Tostrud | Marc L. Godino |
| 15 | TOSTRUD LAW GROUP, P.C. | Lionel Z. Glancy |
| | 1901 Avenue of the Stars, Suite 200 | 1801 Avenue of the Stars, Suite 311 |
| 16 | Los Angeles, CA 90067 | Los Angeles, California 90067 |
| | jtostrud@tostrudlaw.com | mgodino@glancylaw.com |
| 17 | Telephone: (310) 278-2600 | Telephone: (310) 201-9150 |
| | Facsimile: (310) 278-2640 | Facsimile: (310) 201-9160 |
| 18 | | |
| 19 | | Attorney for Plaintiff JOON KHANG |

**ATTESTATION**

I, Jeffrey M. Gutkin, am the ECF user whose ID and password are being used to file this STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT UNTIL FURTHER ORDER OF THE COURT TO ALLOW FOR A CASE MANAGEMENT CONFERENCE FOR ALL CASES TRANSFERRED BY THE MDL PANEL IN THE ACTION ENTITLED IN RE FACEBOOK INTERNET TRACKING LITIGATION, MDL NO. 2314 (CIV. L.R. 6-2)  I hereby attest that I have the concurrences for any signatures indicated by a "conformed" signature (*/s/*) within this e-filed document .

  */s/ Jeffrey M. Gutkin*
  Jeffrey M. Gutkin

**CERTIFICATE OF SERVICE**
**(FRCP 5)**

The undersigned certifies that the foregoing document, together with the **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT UNTIL FURTHER ORDER OF THE COURT TO ALLOW FOR A CASE MANAGEMENT CONFERENCE FOR ALL CASES TRANSFERRED BY THE MDL PANEL IN THE ACTION ENTITLED IN RE FACEBOOK INTERNET TRACKING LITIGATION CASE NO. 5:12-MD-02314-EJD** (Civ. L.R. 6-2) was served on all counsel who are deemed to have consented to electronic service in each of the cases captioned Local Rule CV 5(a).

                                                                                              */s/ Amy E. Nash*
                                                                                                Amy E. Nash

1011818 /HN