UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
TOTAL TIME: 30 mins

CIVIL MINUTES

| | |
|---|---|
| **Judge:** Edward J. Davila | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** March 30, 2012 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** 5:12-md-02314 EJD | **Special Master:** N/A |
| **Member Cases:** | **Interpreter:** N/A |

5:11-cv-04834-EJD Davis et al v. Facebook, Inc.
5:11-cv-04935-EJD Brkic v. Facebook, Inc
5:12-cv-00668-EJD Beatty v. Facebook Incorporated et al
5:12-cv-00669-EJD Rutledge v. Facebook, Inc.
5:12-cv-00673-EJD Graham v. Facebook, Inc. et al
5:12-cv-00676-EJD Thompson v. Facebook, Inc.
5:12-cv-00796-EJD Campbell v. Facebook, Inc. et al
5:12-cv-00798-EJD Walker v. Facebook
5:12-cv-00800-EJD Stravato v. Facebook, Inc.
5:12-cv-00799-EJD Burdick et al v. Facebook Inc et al
5:12-cv-00671-EJD Howard v. Facebook, Inc. et al
5:12-cv-00674-EJD Hoffman v. Facebook, Inc. et al
5:12-cv-00797-EJD Quinn v. Facebook, Inc. et al
5:12-cv-00801-EJD Vickery v. Facebook, Inc.
5:12-cv-00824-EJD Maloney v. FACEBOOK, INC. et al
5:12-cv-00675-EJD Seamon v. Facebook, Inc.
5:12-cv-00807-EJD McGuire et al v. Facebook, Inc.
5:12-cv-00667-EJD Parrish v. Facebook Inc
5:12-cv-00670-EJD Singley v. Facebook, Inc.
5:12-cv-00825-EJD Joon Khang v. Facebook Inc
5:12-cv-00370-EJD Carroll v. Facebook, Inc.

CASE TITLE

In re Facebook Internet Tracking Litigation

APPEARANCES

**Attorney(s) for Plaintiff(s):** Mary Winter, Andrew Lyskowski, Jay Barnes, James Frickleton for [Thompson], Mark Bryant for [Hoffman], Mark Goldberg for [Howard], Elizabeth Thomas for [Walker], Alice London for [Singley/Peddicord], Heather Bonnet-Herbert for [Stravato], Michael Scott for [Vickery], Jon Tostrud and Marc Goldino for [Godino], Margery Bronster for [Quinn], Paul Kiesel, David Straite, Stephen G. Grygiel for [Davis], Conal Doyle for [Brkic], William Murphy for [McGuire], Stephen Gorny for [Graham], Henry Meyer, III for [Burdick], David Shelton for [Rutledge], TELEPHONIC APPEARANCES: Michael Fultz for [Malony], Joseph Blackwell for [Seamon], Brian Campbell, Grant Rahmeyer for [Campbell]
**Attorney(s) for Defendant(s):** Matthew Brown and Jeffrey Gutkin for Facebook

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
**TOTAL TIME:** 30 mins

CIVIL MINUTES

| | |
|---|---|
| **Judge:** Edward J. Davila | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** March 30, 2012 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** 5:12-md-02314  EJD | **Special Master:** N/A |
| **Member Cases:** | **Interpreter:** N/A |

5:11-cv-04834-EJD Davis et al v. Facebook, Inc.
5:11-cv-04935-EJD Brkic v. Facebook, Inc
5:12-cv-00668-EJD Beatty v. Facebook Incorporated et al
5:12-cv-00669-EJD Rutledge v. Facebook, Inc.
5:12-cv-00673-EJD Graham v. Facebook, Inc. et al
5:12-cv-00676-EJD Thompson v. Facebook, Inc.
5:12-cv-00796-EJD Campbell v. Facebook, Inc. et al
5:12-cv-00798-EJD Walker v. Facebook
5:12-cv-00800-EJD Stravato v. Facebook, Inc.
5:12-cv-00799-EJD Burdick et al v. Facebook Inc et al
5:12-cv-00671-EJD Howard v. Facebook, Inc. et al
5:12-cv-00674-EJD Hoffman v. Facebook, Inc. et al
5:12-cv-00797-EJD Quinn v. Facebook, Inc. et al
5:12-cv-00801-EJD Vickery v. Facebook, Inc.
5:12-cv-00824-EJD Maloney v. FACEBOOK, INC. et al
5:12-cv-00675-EJD Seamon v. Facebook, Inc.
5:12-cv-00807-EJD McGuire et al v. Facebook, Inc.
5:12-cv-00667-EJD Parrish v. Facebook Inc
5:12-cv-00670-EJD Singley v. Facebook, Inc.
5:12-cv-00825-EJD Joon Khang v. Facebook Inc
5:12-cv-00370-EJD Carroll v. Facebook, Inc.

PROCEEDINGS

Case Management Conference

**ORDER AFTER HEARING**

Conference held.  The Court GRANTED the Motion to Consolidate Cases and the motion to appoint interim lead class counsel [Docket Item No. 13].  The court set a date of 45 days for Plaintiffs to file an Amended Consolidated Complaint and 45 days for Defendants to file a response to the Amended Consolidated Complaint.  The Court to issue further Case Management Conference date for Phase II scheduling proceedings and the Court to issue Order following the Case Management Conference on the Motion to Substitute Party [Docket Item No. 9].

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: